USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  SHI-MAY CHAN,                                              :
                                                             :
                                      Plaintiff,:
                                                             :                  1:20-cv-8831-GHW
              -against-                                      :
                                                             :                  ORDER
  THE GOLDMAN SACHS GROUP INC,                               :
                                                             :
                                      Defendant.:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated July 27, 2021, the parties have informed the Court that this case has settled.

Dkt. No.17.  Accordingly, it is hereby ORDERED that this action be conditionally discontinued

without prejudice and without costs; provided, however, that within forty-five (45) days of the date

of this Order, the parties may submit to the Court their own Stipulation of Settlement and

Dismissal.[1]  Otherwise, within such time Plaintiff may apply by letter for restoration of the action to

the active calendar of this Court in the event that the settlement is not consummated.  Upon such

application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the

Court shall promptly reinstate the action to its active docket, and the parties shall be directed to

appear before the Court, without the necessity of additional process, on a date within ten (10) days

of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as

appropriate.  This Order shall be deemed a final discontinuance of the action with prejudice in the

event that Plaintiff has not requested restoration of the case to the active calendar within such 45-

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

day period.

The Clerk of Court is further directed to terminate all pending motions, adjourn all

remaining dates, and to close this case.

SO ORDERED.

Dated: July 27, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge